# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MUSICK,<br><br>    Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY; and HOME DEPOT WELFARE BENEFITS PLAN,<br><br>    Defendants. | CASE NO.: CV 11-688 AWI-BAM<br><br>**ORDER GRANTING A SIX-WEEK CONTINUANCE OF THE PRETRIAL CONFERENCE AND ASSOCIATED TRIAL DEADLINES**<br><br>[Filed Concurrently With:<br>- Stipulation for Continuance]<br><br>FAC Filed: May 18, 2011 |

# ORDER

Upon consideration of the parties' Stipulation For A Six-Week Continuance Of The Pretrial Conference and Associated Trial Deadlines, AND FOR GOOD CAUSE APPEARING, the Pretrial Conference in this matter shall be continued from May 9, 2012 at 8:30 a.m. to June 21, 2012 at 8:30 a.m., with the requisite Joint Pretrial Statement to be submitted one week before.  The trial in this matter shall be continued from June 21, 2012 to August 28, 2012, with Opening Trial Briefs and Responding Trial Briefs to be submitted on July 16, 2012 and July 30, 2012, respectively.

In the intervening time frame, the parties and their respective counsel shall cooperate in providing the information necessary to calculate the amount of disability insurance benefits at issue in this litigation, and the parties' counsel shall continue to engage in good-faith settlement negotiations in attempting to reach an informal resolution of this case.  All other aspects of this Court's Order dated November 10, 2011 shall remain in effect.

IT IS SO ORDERED.

Dated:   April 27, 2012            _____
                                   CHIEF UNITED STATES DISTRICT JUDGE