# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MUSICK,<br><br>    Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY; and HOME DEPOT WELFARE BENEFITS PLAN,<br><br>    Defendants. | CASE NO. 1:11-cv-688 AWI-BAM<br><br>**[PROPOSED] ORDER GRANTING BRIEF TWO-WEEK EXTENSION OF JULY 16, 2012 DEADLINE FOR DISMISSAL FOLLOWING SETTLEMENT**<br><br>[Lodged Concurrently With:<br> - [Stipulation]<br><br>FAC Filed: May 18, 2011 |

## ORDER

The parties, by and through their attorneys of record, have stipulated to a two-week extension of the deadline for dismissing this action following settlement. Pursuant to the parties' stipulation and good cause appearing, IT IS HEREBY ORDERED that the July 16, 2012 deadline for dismissing this action is continued to July 30, 2012.

IT IS SO ORDERED.

Dated: July 17, 2012            _____
                                CHIEF UNITED STATES DISTRICT JUDGE

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

k:\awi\to_be_signed\11cv688.stipo.musick continue settlement papers by 2 weeks.doc