# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MUSICK, | CASE NO.: 1:11-CV-688 AWI-BAM |
| Plaintiff, | **ORDER DISMISSING CASE WITH PREJUDICE** |
| vs. | [Lodged Concurrently With: <br> - [Stipulation for Dismissal] |
| METROPOLITAN LIFE INSURANCE COMPANY; and HOME DEPOT WELFARE BENEFITS PLAN, | |
| Defendants. | FAC Filed: May 18, 2011 |

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

k:\awi\to_be_signed\11cv688.o.proposed order.doc

# ORDER OF DISMISSAL

The parties, by and through their attorneys of record, have stipulated to a dismissal of the entire action, as to each and every defendant, with prejudice.  IT IS HEREBY ORDERED that this action be dismissed with prejudice, in its entirety, pursuant to stipulation of the parties and pursuant to Federal Rule of Civil Procedure 41(a)(1).  Each party shall bear his/its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated:   July 31, 2012             _____
                                    CHIEF UNITED STATES DISTRICT JUDGE